UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC PHILLIPS,

          Plaintiff,

    v.

DIANE DOBBS, et al.,

          Defendants.

Case No. 25-cv-07581-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.  On September 15, 2025, mail directed to plaintiff by the Court was returned to the Clerk of the Court as undeliverable with the following notation: "RTS," which means return to sender.[1]  Dkt. 4 at 1. To date, plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* L.R. 3-11(a).  The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable,

---

[1] The Court notes that plaintiff, who is out of custody, had provided the Clerk with a self-addressed stamped envelope with an Oakland address.  *See* Dkt. 4 at 1.  The Clerk mailed a copy of the complaint and a docket sheet in that envelope to plaintiff at his Oakland address, but as mentioned above it was returned undeliverable.  *Id.*  The notation "RTS" is handwritten on the envelope in black pen, and below it are three other words, which are difficult to decipher.  *Id.*

and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from plaintiff of a new address.  Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated:    March 9, 2026

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California

2